UNITED STATES DISTRICT COURT
EASTER DISTRICT OF NEW YORK
---------------------------------------------------X
BERNADETTE HARRIS,                    Civil Action No: CV 04 2120

                    Plaintiff,

-against-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                    Defendant.
---------------------------------------------------X

## CONSENT TO MAGISTRATE JUDGE TRIAL

We hereby consent to have the above-captioned action assigned to a United States Magistrate Judge for all purposes including entry of judgment.

We acknowledge that pursuant of Title 28, United States Code, Section 636, as amended by Section 207 of the Federal Courts Improvement Act of 1996, any appeal from civil cases tried by magistrate judges with the consent of the parties will be heard only in the Court of Appeals.

Dated: Huntington, N.Y.
       July 12, 2005

_____          _____
Defendant or Counsel for Defendant   Plaintiff or Counsel for Plaintiff
MARTIN, FALLON & MULLÉ               WEISS & ROSENBLOOM, P.C.
100 East Carver Street               27 Union Square West, Suite 307
Huntington, N.Y. 11743               New York, N.Y. 10003


APPROVED:                            SO ORDERED:


_____          _____
Cheryl L. Pollak                     United States District Court Judge
United States Magistrate Judge       Eastern District of New York
Eastern District of New York

7/25/05

UNITED STATES DISTRICT COURT
EASTER DISTRICT OF NEW YORK
-----------------------------------------------------------X
BERNADETTE HARRIS,                          Civil Action No: CV 04 2120

          Plaintiff,

   -against-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

          Defendant.
-----------------------------------------------------------X

## CONSENT TO MAGISTRATE JUDGE TRIAL

We hereby consent to have the above-captioned action assigned to a United States Magistrate Judge for all purposes including entry of judgment.

We acknowledge that pursuant of Title 28, United States Code, Section 636, as amended by Section 207 of the Federal Courts Improvement Act of 1996, any appeal from civil cases tried by magistrate judges with the consent of the parties will be heard only in the Court of Appeals.

Dated: Huntington, N.Y.
       July 12, 2005

**Richard C Mulle** RCM 2151

| Defendant or Counsel for Defendant | Plaintiff or Counsel for Plaintiff |
|---|---|
| MARTIN, FALLON & MULLÉ | WEISS & ROSENBLOOM, P.C. |
| 100 East Carver Street | 27 Union Square West, Suite 307 |
| Huntington, N.Y. 11743 | New York, N.Y. 10003 |

**APPROVED:**                                **SO ORDERED:**

Cheryl L. Pollak                         United States District Court Judge
United States Magistrate Judge         Eastern District of New York
Eastern District of New York
7/25/05